BISCHOFF and PRYOR, JJ., concur.
Proof to be taken and further certificate to be produced.

---

THE PEOPLE *v.* GEORGE LUCAS and CHARLES LIGHTE.

MOTION to vacate judgment entered on a forfeited recognizance.

*J. R. Fellows*, for plaintiffs.

*F. P. Trautmann*, for defendants.

DALY, Ch. J. The certificate of the district attorney evidently refers to a different case from that described in the certificate of the Special Sessions, where the prisoner was sentenced to imprisonment and not to pay a fine. Application denied, with leave to renew upon proper proofs.

BISCHOFF and PRYOR, JJ., concur.
Application denied, with leave to renew.